Submitted on record and briefs August 31, affirmed December 26, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

PETER JAMES DINSMOOR,
*Defendant-Appellant.*

Multnomah County Circuit Court
041236783; A129289

174 P3d 1120

Peter Ozanne, Executive Director, Peter Gartlan, Chief Defender, Legal Services Division, and Stephanie Hortsch, Deputy Public Defender, Office of Public Defense Services, filed the briefs for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Brewer, Chief Judge, and Ortega, Judge, and Deits, Judge pro tempore.

PER CURIAM

Affirmed. *State v. Rodriguez,* 217 Or App 24, 175 P3d 471 (2007).